# COMPLAINT
## (for non-prisoner filers without lawyers)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

AUG 1 1 2026

FILED
Clerk of Court

(Full name of plaintiff(s))

Christopher Brown

v.

(Full name of defendant(s))

Milwaukee County

Judge Kevin Martens

John Doe, Jane Doe

Case Number:

__26 -C- 1372__

(to be supplied by Clerk of Court)

## A.     PARTIES

1.     Plaintiff is a citizen of __Wisconsin__ and resides at
              (State)

__1125 S 36th St, Milwaukee, WI 53215__
                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant __Kevin Martens__
                              (Name)

Complaint – 1

is (if a person or private corporation) a citizen of  Wisconsin

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Milwaukee County 901 N 9th St #306, Milwaukee, WI 53233

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

Judge Kevin Martens violated my Civil Rights. Judge Martens and his Court privately

and publicaly communicated with my two witnesses Attorney Patrick Jennings and

Assistant District Attorney Noel Concepcion without me being present and instructed

them to violate a legal subpoena to appear in court and provide evidence in a Child

Custody case. Judge Martens and his Court ordered them to appear by ZOOM and

to violate the legally served subpoenas. When court finally did start Judge Martens then

dismissed my witnesses without allowing me to question them in violation of Wisconsin

De Novo proceedings. The communications between Judge Martens and his Court was

between January 6th, 2026, and the Court date of February 9th, 2026. I am not sure

where they communicated at or if any other parties were involved.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am asking the Court to award me the Judgement of $20,000,000. Refer any party that

that committed Witness Tampering and those that failed to report it to the U.S. Attorney

or Wisconsin State Attorney. I also ask the Legal and Judicial Bar be notified when

guilt is found on the party or parties found liable. Also, all Court costs and legal fees.

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

■ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___10th___ day of ___August___ 20 26 .

Respectfully Submitted,

_____
Signature of Plaintiff

(414) 839-5124
_____
Plaintiff's Telephone Number

cdbrown092010@gmail.com
_____
Plaintiff's Email Address

1125 S 36th ST
_____

Milwaukee, WI 53215
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

■ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.